UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AL-RASHID MUHAMMAD ABDULLAH,

    Plaintiff,

v.                                                  Case No: 8:16-cv-1182-T-27JSS

PLANT CITY POLICE DEPARTMENT
and FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration ("Motion"). (Dkt. 7). Upon consideration of the Motion, Plaintiff's Affidavit of Indigency (Dkt. 5), and the Complaint (Dkt. 1), the Motion is granted and Plaintiff is granted leave to proceed *in forma pauperis*.

Plaintiff filed an Affidavit of Indigency (Dkt. 5), which the Court construed as a motion for leave to proceed *in forma pauperis*. Upon review of the Affidavit, the Court denied Plaintiff's motion to proceed *in forma pauperis* because Plaintiff had sufficient funds to pay the required filing fee while still being able to provide for himself and his dependents. (Dkt. 6.) Specifically, the Court determined that Plaintiff had sufficient funds because he received $2,500.00 in gifts or inheritances and $2,500.00 from unspecified sources in the twelve months preceding his filing the Affidavit and Plaintiff's monthly obligations totaled only $390.00 per month. (*Id.*)

After entry of the Court's order, Plaintiff filed the Motion, in which he requests that the Court reconsider its denial of his motion to proceed *in forma pauperis*. (Dkt. 7.) In the Motion, Plaintiff avers that he no longer has the vast majority of the $5,000.00 he received in the twelve

months preceding his filing the Affidavit because he spent $4,529.34 on disputed, delinquent taxes. (*Id.* at ¶ 1.)  Considering Plaintiff's averment in the Motion in conjunction with the Affidavit, Plaintiff has $470.66 remaining after payment of his disputed, delinquent taxes, plus $75.00 in a bank account.  (Dkts. 5, 7.)  Plaintiff is unemployed and has monthly expenses totaling $390.00 per month.  (Dkt. 5.)  In light of the foregoing, it appears that Plaintiff does not have assets sufficient to pay the required filing fee as well as provide necessities for himself and his two dependents.  Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion for Reconsideration (Dkt. 7) is **GRANTED**.

2. Plaintiff is granted leave to proceed *in forma pauperis*.

3. Plaintiff is directed to complete and return the "Summons in a Civil Case" forms[1] to the Clerk within twenty-one (21) days of this Order, whereupon the United States Marshal is directed to serve this summons on the appropriate parties.

**DONE** and **ORDERED** in Tampa, Florida on July 18, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Unrepresented Party

---

[1] This form, listed as "Summons/Civil," can be found at the "Forms" section, "Civil" subsection, of this Court's website at http://www.flmd.uscourts.gov.  If Plaintiff does not have access to the Internet to download this form, Plaintiff may obtain the form by contacting the Clerk's Office at 813-301-5400.