UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AL-RASHID MUHAMMAD ABDULLAH,

    Plaintiff,

v.                                              Case No: 8:16-cv-1182-T-27JSS

CITY OF PLANT CITY POLICE
DEPARTMENT and STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Affidavit of Facts to Support Reconsideration for Leave to Amend Complaint - Objecting to Order of Dismissal (Dkt. 18), which is construed as a motion for reconsideration. Upon consideration, the Motion (Dkt. 18) is DENIED.

Although Plaintiff states that he intends to pursue this case only on his own behalf, his motion is replete with references to actions against his "privies," states that his Son and other members of his family are harmed by the Defendants, that "defamation per se violations" were made to himself, his son, and family, that he or his privies were accused of a crime, and that the citations he complains of were issued to his son. As explained in this Court's Order (Dkt. 17), "[t]he right to appear *pro se* . . . is limited to parties conducting '**their own cases,**' **and does not extend to non-attorney parties representing the interests of others.**" *FuQua v. Massey*, 615 F. App'x 611, 612 (11th Cir. 2015) (emphasis added). Plaintiff has not demonstrated that he is an attorney, as required by this Court's previous Order, or any persuasive grounds to reconsider (Dkt. 17).

**DONE AND ORDERED** this 8th day of November, 2016.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: *Pro Se* Plaintiff, Counsel of Record