UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AL-RASHID MUHAMMAD ABDULLAH,

Plaintiff,

v.                                                          Case No: 8:16-cv-1182-T-27JSS

CITY OF PLANT CITY POLICE
DEPARTMENT, et al.,

Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Affidavit of Facts in Support of Reconsideration to Make Additional Factual Findings - Objecting to Order of Dismissal (Dkt. 39), which is construed as a motion. Reconsideration is justified only by (1) an intervening change in controlling law, (2) new evidence, and/or (3) clear error or manifest injustice. *Del. Valley Floral Group, Inc. v. Shaw Rose Nets*, LLC, 597 F.3d 1374, 1383 (Fed. Cir. 2010) (quoting *Degirmenci v. Sapphire–Ft. Lauderdale, LLLP*, 642 F. Supp. 2d 1344, 1353 (S.D. Fla. 2009)); *Davis v. Daniels*, 655 F. App'x 755, 759 (11th Cir. 2016) (per curiam); *Fenello v. Bank of Am., NA*, 577 Fed. App'x 899, 903 n.7 (11th Cir. 2014). And "'[a] motion for reconsideration should not be used as a vehicle . . . to reiterate arguments previously made,'" *Del. Valley*, 597 F.3d at 1384 (citation omitted), or to reargue matters already addressed, *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). Plaintiff has not demonstrated any persuasive grounds to reconsider.[1] Accordingly, the construed motion is **DENIED**.

**DONE AND ORDERED** this 5th day of October, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: *Pro Se* Plaintiff, Counsel of Record

---

[1] Furthermore, Plaintiff's construed motion does not include a memorandum of legal authority and therefore fails to comply with Local Rule 3.01(a).

1