## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 15, 2018

Elizabeth Warren
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 17-14957-HH
Case Style: Al-Rashid Abdullah v. Plant City Police Department, et al
District Court Docket No: 8:16-cv-01182-JDW-JSS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 17-14957-HH
_____

AL-RASHID MUHAMMAD ABDULLAH,

        Plaintiff - Appellant,

versus

PLANT CITY POLICE DEPARTMENT,
FLORIDA DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES,

        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Al-Rashid Muhammad Abdullah has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective June 15, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Christopher Bergquist, HH, Deputy Clerk

FOR THE COURT - BY DIRECTION